*E-FILED - 12/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR BETANCOURT, | ) | No. C 07-0164 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, | ) | |
| Defendant. | ) | |

The court has granted defendant's motion for summary judgment. Judgment is entered in favor of defendant and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/22/08_____

*Ronald M. Whyte* (signature)
RONALD M. WHYTE
United States District Judge